IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-60141-01-HO |
| v. | ) | |
| | ) | ORDER FOR RULE 35 DOWNWARD |
| PHYLLIS MARKS RICH, a.k.a. | ) | DEPARTURE |
| Phyllis E. Marks, Phyllis Irene Forbes, | ) | |
| Phyllis Berg, Phyllis Henning, Phyllis | ) | |
| Swetclay, Phyllis Laff, Phyllis Hurba, | ) | |
| and Phyllis Johnstone, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on motion of the government for a

reduction in the defendant's sentence pursuant to Federal Rules of Criminal Procedure, Rule 35,

and the Court now being fully advised in the premises,

IT IS HEREBY ORDERED that defendant Phyllis Marks Rich's sentence be reduced

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1 - ORDER FOR RULE 35 DOWNWARD DEPARTURE

four (4) offense levels from an offense level 24 to an offense level 20, thereby reducing her

sentence from a 51 month term of imprisonment to a 33 month term of imprisonment.

DATED this 6th day of June, 2008.


MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE

Presented by:

KARIN J. IMMERGUT
United States Attorney


By: /s/ Sean B. Hoar
SEAN B. HOAR
Assistant United States Attorney
sean.hoar@usdoj.gov

2 - ORDER FOR RULE 35 DOWNWARD DEPARTURE